# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FELICIA DANCE, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST DATA CORPORATION, a Foreign Profit Corporation, STAR SYSTEMS, INC., d/b/a STAR NETWORKS, INC., a Foreign Corporation, and MONEY NETWORK FINANCIAL, LLC, a Foreign Corporation,<br><br>Defendant. | CIVIL ACTION NO.:<br>1:19-cv-02860-JPB |

## ORDER GRANTING THE PARTIES JOINT MOTION FOR ORDER APPROVING SETTLEMENT OF COLLECTIVE ACTION

This matter came before the Court upon the parties Joint Motion for Order Approving Settlement of Collective Action. Having reviewed the Motion and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion is GRANTED. The Settlement is approved; Plaintiffs' Counsel's request for attorneys' fees, costs, and expenses is approved; notice to putative collective members of this Settlement and their opportunity to participate in the Settlement is authorized; and this case is dismissed with prejudice. This Court will retain jurisdiction to enforce the

- 2 -

Settlement.

DONE AND ORDERED this _____ day of _____, 2021 in Atlanta, Georgia.

_____
JEAN-PAUL BOULEE
UNITED STATES DISTRICT JUDGE

4818-6093-3343, v. 1